**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
3757 State Street, Suite 2A
Santa Barbara, California 93105
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LADEANNA HOUSTON, | Case No. 2:25-cv-10457-MEMF-PVC |
| Plaintiff, | |
| v. | *Hon. Maame Ewusi-Mensah Frimpong, U.S. District Judge* |
| TARGET CORPORATION, a corporation; and DOES 1 to 5, Inclusive | *Hon. Pedro V. Castillo, U.S. Magistrate Judge* |
| Defendants. | **ORDER GRANTING STIPULATION RE DISMISSAL** |

**TO ALL PARTIES AND THEIR COUNSEL:**

Based on the foregoing Stipulation, and good cause appearing

**IT IS ORDERED** that the Stipulation re Dismissal is granted in its entirety.

Dated: January 14, 2026

_____
Hon. Maame Ewusi-Mensah Frimpong

**ORDER GRANTING STIPULATION RE DISMISSAL**